**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| A.I., Petitioner, | ) | |
| v. | ) | Civil A. No. 3:26-1882<br>Judge Nora Barry Fischer |
| LEONARD ODDO, et al., Respondents. | ) | |

**ORDER OF COURT**

AND NOW, this 24th day of September, 2026, upon consideration of Petitioner A.I.'s "Memorandum of Law in Support of Motion for Leave to Proceed Under Pseudonym," (Docket No. 2), which is not accompanied by a Motion,

IT IS HEREBY ORDERED that Petitioner's Motion [2] is DENIED as Petitioner has merely advanced generalized concerns and failed to make sufficient showing to demonstrate that permission to proceed under a pseudonym should be granted. *See Doe v. Megless*, 654 F.3d 404, 408-409 (3d Cir. 2011). Petitioner's motion seeking to redact certain personally identification is unnecessary to the extent that his requests concern the types of information subject to redaction under Local Rule 5.2.D. *See* W.D. Pa. LCvR 5.2.D. (redaction required for Social Security numbers, dates of birth, names of minor children, financial account numbers and home addresses). Further, such redactions are not needed because access to case filings for all immigration habeas cases are limited pursuant to Federal Rule of Civil Procedure 5.2(c). *See* Fed. R. Civ. P. 5.2(c) (Limitations on Remote Access to Electronic Files; Social Security Appeals and Immigration Cases). Petitioner has also redacted documents attached to his Petition that are already publicly available on CM/ECF in the criminal case filed against him in the U.S. District Court for the

Northern District of New York at Cr. No. 8:26-po-00030-GLF-5. Finally, Petitioner has otherwise failed to meet his heavy burden to show that the material is the kind of information that should be sealed, and that disclosure will work a clearly defined and serious injury to Petitioner if it is not permitted. *See In re Avandia Marketing*, 924 F.3d 662, 672 (3d Cir. 2019).

IT IS FURTHER ORDERED that Petitioner shall re-file the Petition in his own name and making only those redactions permitted under the Local Rule as detailed in this Order by **October 2, 2026**.

BY THE COURT:

*s/Nora Barry Fischer*
Nora Barry Fischer
Senior U.S. District Judge

cc/ecf: counsel of record